UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVGENY LUSHPIN<br><br>Plaintiff,<br><br>v.<br><br>CHUZHOUQINTIANWUJINYOUXIANGONGSI, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:25-cv-905<br><br>**FILED UNDER SEAL** |

**ORDER ON PLAINTIFF'S EX PARTE MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

AND NOW, this 3rd day of July, 2025, upon consideration of Plaintiff's Ex Parte Motion for an Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), IT IS HEREBY ORDERED that said Motion is GRANTED IN PART and DENIED IN PART as follows:

IT IS FURTHER ORDERED that Plaintiff is authorized to make alternative service of the Summonses, the Complaint, any discovery, and all filings in this matter upon each Defendant in this action, unless Plaintiff has reason to believe that the Defendant resides in a country that has objected to Article 10 of the Hague Service Convention, as follows:

1. via e-mail by providing the address to Plaintiff's designated website to Defendants via (i) the e-mail accounts provided by Defendants as part of the data related to their respective e-commerce stores, or (ii) the e-commerce marketplace for each of the e-commerce stores, or

2. via website publication by posting copies of the Summonses, Complaint, any Discovery, and all filings in this matter on Plaintiff's designated website on www.ferencelawsuit.com.

IT IS FURTHER ORDERED that to the extent that Plaintiff has reason to believe a Defendant resides in a country that has objected to Article 10 of the Hague Service Convention, then Plaintiff shall comply with Federal Rule of Civil Procedure 4(f)(1) or 4(f)(2) in effecting service of process on that Defendant.

BY THE COURT:

/s/ Christy Criswell Wiegand
The Honorable Christy Criswell Wiegand
United States District Judge

Cc: Stanley D. Ference III, Esq.
courts@ferencelaw.com