**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Evgeny Lushpin, | Civil Action No. |
| Plaintiff, | 25-cv-00905 |
| v. | (Judge Wiegand) |
| CHUZHOUQINTIANWUJINYOUXIANGONGSI et al., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants he yu art poster, XYXLHZZMHYXGS, bing fan Ordinary poster, jun kuang, fushanlantu, US zhi quan poster, JINYULIANG, QINGLONGSHOP, chengzhou store, guojianweifuzhuang, Star-US, amzwyzc, Devineresse, XINGYIchen with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: August 5, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff