IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVGENY LUSHPIN,<br><br>Plaintiff,<br><br>v.<br><br>CHUZHOUQINTIANWUJINYOUXIANGONGSI, et al.,<br><br>Defendants. | Civil Action No. 25-cv-905<br><br>(Judge Wiegand) |

**[PROPOSED] ORDER ON PLAINTIFF'S RENEWED MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON CHINA BASED DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

AND NOW, this ___ day of _______, 2025, upon consideration of Plaintiff's Renewed Motion for an Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3),

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff are authorized to make alternative service of the Summonses, the Complaint, any discovery, and all filings in this matter upon each Defendant in this action, as follows:

1. via e-mail by providing the address to Plaintiff's designated website to Defendants via (i) the e-mail accounts provided by Defendants as part of the data related to their respective e-commerce stores, or (ii) the e-commerce marketplace for each of the e-commerce stores, or

2. via website publication by posting copies of the Summonses, Complaint, any Discovery, and all filings in this matter on Plaintiff's designated website on www.ferencelawsuit.com.

_____________________________
Christy Criswell Wiegand
United States District Judge