# EXHIBIT 1

# SCREENSHOTS

| No. | Name | Remarks |
|---|---|---|
| 1 | ChuZhouQinTianWuJinYouXianGongSi | The exact address cannot be located, and no exact business information can be found online. |






| No. | Name | Remarks |
|---|---|---|
| 2 | 集峡经营部 | The exact address cannot be located, and no exact business information can be found online. |












| No. | Name | Remarks |
|---|---|---|
| 3 | xianyouyanzaichenmaoyiyouxiangongsi | The exact address cannot be located, and no exact business information can be found online. |









| No. | Name | Remarks |
|---|---|---|
| 4 | LINJINZHONG | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 5 | Phaeton decorative painting | The exact address cannot be located, and no exact business information can be found online. |












| No. | Name | Remarks |
|---|---|---|
| 6 | songsongjingqi | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| No. | Name | Remarks |
|---|---|---|
| 7 | fushanlantu | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 8 | fufu art | The exact address cannot be located, and no exact business information can be found online. |









| No. | Name | Remarks |
|---|---|---|
| 9 | US zhi quan poster | The address led to an establishment and appeared to be a physical store but no indication if it is the store of the seller.       |

| No. | Name | Remarks |
|---|---|---|
| 10 | Xiao Zhou Decorative paintings | The exact address cannot be located, and no exact business information can be found online. |



<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>11</td><td>YBHUIYUAN</td><td>The exact address cannot be located.

</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 12 | linyuning2024 | The exact address cannot be located. |












| No. | Name | Remarks |
|---|---|---|
| 13 | fanmangengmaoyiyouxiangongsi888 | The exact address cannot be located. |












| No. | Name | Remarks |
|---|---|---|
| 14 | he yu art poster | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 15 | NengXiZhuangShi | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 16 | JOYMOE STORE | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 17 | bling art | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 18 | hangzhoufuyangcaihongdayaofang | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 19 | Luoshiqi | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 20 | CARRYDONE | The exact address cannot be located, and no exact business information can be found online. |












| No. | Name | Remarks |
|---|---|---|
| 21 | XYXLHZZMHYXGS | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 22 | xinghong QW | The exact address cannot be located, and no exact business information can be found online. |















<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>23</td><td>guangshuishiyunxuyanshangmaoyouxiangongsi</td><td>The exact address cannot be located, and no exact business information can be found online.














</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 24 | Kungfu Alien | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 25 | JINYULIANG | The exact address cannot be located, and no exact business information can be found online.<br><br> |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>26</td><td>liyuxiangdsajifajksfhnauisfnaisjfsasf</td><td>The exact address cannot be located, and no exact business information can be found online.<br>
</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 27 | TanHaiBo79 | The exact address cannot be located, and no exact business information can be found online. |












| No. | Name | Remarks |
|---|---|---|
| 28 | Meishaonvzhanshi - shop | The exact address cannot be located.  |

| No. | Name | Remarks |
|---|---|---|
| 29 | GULUSHOP | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 30 | QINGLONGSHOP | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 31 | jia yi Decompression poster | The exact address cannot be located. |












| No. | Name | Remarks |
|---|---|---|
| 32 | bing fan Ordinary poster | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 33 | jun kuang | The exact address cannot be located. |












<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>34</td><td>zhedie art</td><td>The exact address cannot be located.<br>










</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 35 | Hu shaohua | The exact address cannot be located. |












| No. | Name | Remarks |
|---|---|---|
| 36 | 义乌市艏哈商贸有限公司 | The address has been located but no indication of company/seller. |









| No. | Name | Remarks |
|---|---|---|
| 37 | chengzhou store | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 38 | VTYH Posters Store USA | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 39 | kunmingmohuashangmao | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 40 | Ediximi | The address led to different locations but not related to the seller.  |

| No. | Name | Remarks |
|---|---|---|
| 41 | shanyinxianjiafenshangmao zhongxin | The address led to different locations but not related to the seller. |















| No. | Name | Remarks |
|---|---|---|
| 42 | xiang art shop | The address led to different locations but not related to the seller. |









| No. | Name | Remarks |
|---|---|---|
| 43 | ZHIMIN Art | The exact address cannot be located, and no exact business information can be found online.       |

| No. | Name | Remarks |
|---|---|---|
| 44 | ZHENGDEBIN艺术 | The exact address cannot be located, and no exact business information can be found online.       |

| No. | Name | Remarks |
|---|---|---|
| 45 | xianyouxianyuexiugemaoyiyouxiangongsi | The exact address cannot be located, and no exact business information can be found online. |









| No. | Name | Remarks |
|---|---|---|
| 46 | kaiyuniubi | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 47 | li jian Link poster | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 48 | guojianweifuzhuang | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 49 | Liqingshuang | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 50 | sale RuHuiShiJia | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 51 | Star-US | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 52 | YIGIT DOGUKAN ABUT | The address showed result but did not show indication of being a store. |



| No. | Name | Remarks |
|---|---|---|
| 53 | zhen ying Causal poster | The exact address cannot be located, and no exact business information can be found online. |









| No. | Name | Remarks |
|---|---|---|
| 54 | amzwyzc | The address led to a building but not related to the seller. |






| No. | Name | Remarks |
|---|---|---|
| 55 | 琪浩贸易 | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 56 | huangfoping | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 57 | chenguohong668 | The address led a broadband store.           |

| No. | Name | Remarks |
|---|---|---|
| 58 | linxiuminghaibao | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 59 | sudihong2024 | The exact address cannot be located, and no exact business information can be found online. |



| No. | Name | Remarks |
|---|---|---|
| 60 | weijia2024 | The exact address cannot be located, and no exact business information can be found online. |















| No. | Name | Remarks |
|---|---|---|
| 61 | jianfenposter | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 62 | lianyuanping | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 63 | jishanxianjinglingmaoyiyouxiangongsi | The exact address cannot be located.<br><br> |

| No. | Name | Remarks |
|---|---|---|
| 64 | xianyouchenghuiyuemaoyiyouxiangongsi | The exact address cannot be located. |















| No. | Name | Remarks |
| --- | --- | --- |
| 65 | wangshiye112233 | The exact address cannot be located. |

## wangshiye112233

Visit the wangshiye112233 storefront

★★★★★ | 100% positive lifetime (2 total ratings)

### Detailed Seller Information

**Business Name:** xianyoushangbangmaoyiyouxiangongsi
**Business Address:**
鲤南镇
玉田街888号11号楼111号
莆田市
仙游县
福建
351200
CN

Chinese (Simplified) ⇄ English

xianyoushangbang maoyiyouxiangongsi

Existing Shangbang Trading Co., Ltd.

Chinese (Simplified) ⇄ English

鲤南镇
玉田街888号11号楼
111号
莆田市
仙游县
福建
351200
CN

Li'nan Town
No. 111, Building 11,
No. 888 Yutian Street
Putian City
Xianyou County
Fujian
351200
CN






| No. | Name | Remarks |
|---|---|---|
| 66 | cqian753 | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 67 | yu yi art poster | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 68 | AE6TP8D1R | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 69 | AEB0U3M3F | The exact address cannot be located. |

## AEB0U3M3F

Visit the AEB0U3M3F storefront

Just launched | No feedback yet

### Detailed Seller Information

**Business Name:** chongyangxianwupengshangmaoyouxiangongsi
**Business Address:**
阳新县
余家湾路14号
黄石市
湖北
435000
CN




Chinese (Simplified) ⇄ English

chongyangxianwupengshangmaoyouxiangongsi

Chongyang County Wupeng Trading Co., Ltd.

Chinese (Simplified) ⇄ English

阳新县
余家湾路14号
黄石市
湖北
435000
CN

Yangxin County
No. 14, Yujiawan Road
Huangshi City
Hubei
435000
CN



| No. | Name | Remarks |
|---|---|---|
| 70 | ZJIANZHONG | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 71 | gongxiami | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 72 | LIZUOLIN | The exact address cannot be located. |















| No. | Name | Remarks |
|---|---|---|
| 73 | Zuidholland | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 74 | XinYiHaoAA | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 75 | Urban Metal Decor | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 76 | ZheRong Art Poster | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 77 | Art Deco sign I | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 78 | Patrisanat local | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 79 | Fantasy Poster | The exact address cannot be located.    |

| No. | Name | Remarks |
|---|---|---|
| 80 | ycanvas | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 81 | IronWhisper Gallery A | The exact address cannot be located. |









<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>82</td><td>MetallicMuse Artworks B</td><td>The seller has changed their name from “MetallicMuse Artworks B” to “TTP B”.<br>The exact address cannot be located.








</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>83</td><td>Mamba Poster</td><td>The exact address cannot be located.




</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 84 | baobao poster | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 85 | HD ART SHOP | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 86 | baiyun poster | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 87 | David wanng poster | Seller Info is no longer available. |



| No. | Name | Remarks |
|---|---|---|
| 88 | SuSu Art Shop | Seller Info is no longer available. |



<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>89</td><td>LIXU Poster</td><td>The exact address cannot be located.






</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 90 | AUYOYO | Seller Info is no longer available.   |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>91</td><td>CanvasCraft</td><td>Seller Info is no longer available.<br>


</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>92</td><td>qiqiposter</td><td>The exact address cannot be located.






</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 93 | Feel Cool Poster | Seller Info is no longer available.  |

| No. | Name | Remarks |
| --- | --- | --- |
| 94 | Festive decorations A | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 95 | GING WALL ART | Seller Info is no longer available.   |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>96</td><td>Sky Art Decor Prints</td><td>The exact address cannot be located.






</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 97 | Lucky HomeB | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 98 | Sea Crafts | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 99 | A High decorative painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 100 | Hanging print KA | The exact address cannot be located. |









<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>101</td><td>K Sincere Decorative painting</td><td>The exact address cannot be located.








</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 102 | tianqing poster | The exact address cannot be located. |



<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>103</td><td>Baby Poster</td><td>The exact address cannot be located.









</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 104 | WY Crafts | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 105 | XCGONGYI | The exact address cannot be located. |






| No. | Name | Remarks |
| --- | --- | --- |
| 106 | imaginess | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 107 | MYsee | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 108 | starry sky painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 109 | Oil painting poster expert | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 110 | Prevent Special | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 111 | G High decorative painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 112 | H Sincere Decorative painting | The exact address cannot be located. |






<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>113</td><td>painting by number H</td><td>The exact address cannot be located.






</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 114 | Youmi Diamond Painting | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 115 | N Fast decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 116 | C Aio decorative painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 117 | Youjing Art | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 118 | SHY ART | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 119 | Lucky HomeO | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 120 | rapiessss | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 121 | YOUBIN ART | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 122 | CTY Decorative painting | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 123 | Want poster | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 124 | CRT Decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 125 | MMPainting SHOP | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 126 | KTYC Painting SHOP | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 127 | E Loi decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
| --- | --- | --- |
| 128 | snake scorpion | The exact address cannot be located.<br><br><br><br> |

| No. | Name | Remarks |
|---|---|---|
| 129 | Kelly Home Art Decor Room | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 130 | Brother Bathmate | The exact address cannot be located.     |

| No. | Name | Remarks |
|---|---|---|
| 131 | AMO HOME DECOR | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 132 | Foya Decorative painting | The exact address cannot be located.<br><br><br><br> |

| No. | Name | Remarks |
|---|---|---|
| 133 | MOILY Decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 134 | BZDW | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 135 | Decorative art posters | The exact address cannot be located.     |

| No. | Name | Remarks |
|---|---|---|
| 136 | Silver Stream Wall Art | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 137 | WY SI Hd Photo Shop | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 138 | YUG Decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 139 | CTY Painting SHOP | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 140 | B High decorative painting | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 141 | EOC shop | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 142 | Tulip wall art | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 143 | Xinchen Crafts | The exact address cannot be located.<br> |

| No. | Name | Remarks |
|---|---|---|
| 144 | R Art Garden | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 145 | AugustinesPR | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 146 | Devineresse | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 147 | Shine Hanging Painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 148 | XINGYIchen | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 149 | HRposter | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 150 | Dolphin bayh | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 151 | poster lqr | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 152 | KK decorations | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 153 | gtrades | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 154 | JFPOSTER | Seller Info is no longer available.   |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>155</td><td>Li canvas painting</td><td>Seller Info is no longer available.<br>
</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 156 | JINRL | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 157 | De Quan Art poster | The exact address cannot be located.<br> |

| No. | Name | Remarks |
|---|---|---|
| 158 | PTONPR PRINTS | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 159 | Art Oil Painting Gallery | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 160 | CHXIC | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 161 | Cathy decoration | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 162 | AArt Gallery | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 163 | PICTUREBB | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 164 | Beautiful poster house | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 165 | Youjing Trading | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 166 | SailCanvas | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 167 | liuliuposter | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 168 | delicate gift one | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 169 | LI Painter Poster | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 170 | Ronghuaguan | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 171 | Fengshangxuan Crafts | Seller Info is no longer available.   |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>172</td><td>HomeDecorativeZSB</td><td>The exact address cannot be located.<br>




</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 173 | CanvasMuse | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 174 | CanvasVoyage Gallery | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 175 | Picturesque ART | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 176 | AI ART DECOR | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 177 | WWMMLL beautifully decorated rooms | The exact address cannot be located.   |

| No. | Name | Remarks |
|---|---|---|
| 178 | Rong Zhen Poster | The exact address cannot be located.  |

| No. | Name | Remarks |
|---|---|---|
| 179 | Jane Artistry Haven | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 180 | yanhouse | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 181 | rulerrunner | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 182 | Decorative Painting Shopping | The exact address cannot be located. |









<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>183</td><td>Black Hole Sign</td><td>The exact address cannot be located.









</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 184 | Artful Spaces Zone | The exact address cannot be located. |



| No. | Name | Remarks |
|---|---|---|
| 185 | mountainhill | The exact address cannot be located. |









| No. | Name | Remarks |
|---|---|---|
| 186 | YUAN ARTS | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 187 | CShangPu | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 188 | YES PAINT | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 189 | YES ARTS | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 190 | Here Decor | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 191 | AHaoDian | Seller Info is no longer available.   |

| No. | Name | Remarks |
|---|---|---|
| 192 | Bhaodian | Seller Info is no longer available.  |

| No. | Name | Remarks |
|---|---|---|
| 193 | Dark Arts | The exact address cannot be located.  |

| No. | Name | Remarks |
|---|---|---|
| 194 | ArtWallFusion | Seller Info is no longer available.<br><br> |

| No. | Name | Remarks |
|---|---|---|
| 195 | D Art Gallery Hall | Seller Info is no longer available.<br><br> |

| No. | Name | Remarks |
|---|---|---|
| 196 | JH poster | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 197 | Zeniy poster | The exact address cannot be located. |






| No. | Name | Remarks |
| --- | --- | --- |
| 198 | Desirable wall art painting | The exact address cannot be located. |






| No. | Name | Remarks |
|---|---|---|
| 199 | Pillow Decoration guo | The exact address cannot be located. |




