# EXHIBIT 2




| | |
|---|---|
| Domain: | Ferencelawsuit.com |
| IP Address: | 66.39.86.16 |
| Host Address: | wp1.g24.pair.com |
| City: | Unknown |
| Country: | United States (US) |

https://www.ip-tracker.org/domain-to-location.php

last visited September 2, 2025