IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Evgeny Lushpin, <br><br> Plaintiff, <br><br> v. <br><br> CHUZHOUQINTIANWUJINYOUXIANGONGSI et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-00905 <br><br> (Judge Wiegand) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants AHaoDian, AMO HOME DÉCOR, baiyun poster, Beautiful poster house, Bhaodian, CShangPu, D Art Gallery Hall, Desirable wall art painting, Fantasy Poster, imagines, JFPOSTER, JH poster, liuliuposter, LIXU Poster, Mamba Poster, Oil painting poster expert, Patrisanat local, qiqiposter, rapiessss, Rong Zhen Poster, tianqing poster, Tulip wall art, Zeniy poster, ZheRong Art Poster, Zuidholland with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 23, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899

- 2 -

courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff